**Motion Granted; Reinstated; and Order filed October 23, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00274-CV
_____

### SAMER W. YACOUB, Appellant

### V.

### SURETEC INSURANCE COMPANY, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1003979**

## ORDER

Notice was filed on October 22, 2013, that appellant filed for bankruptcy protection. Tex. R. App. P. 8.1. According to the notice, on October 18, 2013, Samer Wadih Yacoub petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas under case number 13-36491. A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we ordered the appeal abated.

On October 8, 2014, appellee filed a motion to reinstate the appeal. *See* Tex. R. App. P. 8.3. According to appellee's motion appellant's bankruptcy case was dismissed on August 7, 2014. A copy of the bankruptcy court's order is attached to appellee's motion. *See id.* The motion has been on file more than ten days and no response has been filed. *See* Tex. R. App. P. 10.3(a).

Accordingly, we **GRANT** the motion, and the appeal is ordered **REINSTATED.** The parties' briefs have been filed and the case is at issue. The appeal will be scheduled for submission on the briefs in accordance with the court's regular procedures.

PER CURIAM